## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sleepy's LLC v. Select Comfort Wholesale Corp.            Docket No.: 12-4437

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Vincent J. Syracuse

Firm: Tannenbaum Helpern Syracuse & Hirschtritt LLP

Address: 900 Third Avenue, New York, New York 10022

Telephone: (212) 508-6700                    Fax: (212) 371-1084

E-mail: syracuse@thsh.com

Appearance for: Appellant Sleepy's LLC
                                          (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                                          (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                          (name/firm)

☑ Additional counsel (co-counsel with: L. Donald Prutzman, Tannenbaum Helpern Syracuse & Hirschtritt LLP )
                                          (name/firm)

☐ Amicus (in support of : _____ )
                                          (party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 12/8/09                                                                    OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Vincent J. Syracuse